**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MANHATTAN RIVER GROUP, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-0434689** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **348 Dyckman Street**<br>**New York, NY 10034**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MANHATTAN RIVER GROUP, LLC**                                    Case number (*if known*) _____
                Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7225____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

---

Debtor    **MANHATTAN RIVER GROUP, LLC**                                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **MANHATTAN RIVER GROUP, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 20, 2018**
                  MM / DD / YYYY

X _____          **Joshua Rosen**
Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____          Date **December 20, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Brian J. Hufnagel, Esq.**
Printed name

**Brian J. Hufnagel, Attorney at Law**
Firm name

**357 E. Fulton Street, Long Beach, NY 11561**
Number, Street, City, State & ZIP Code

Contact phone    **917 698 9475**      Email address    hufnagellaw@gmail.com

_____
Bar number and State

## United States Bankruptcy Court
### Southern District of New York

In re    **MANHATTAN RIVER GROUP, LLC** _____    Case No. _____
_____
Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and
correct to the best of my knowledge.

Date:    **December 20, 2018** _____        _____
**Joshua Rosen/Managing Member**
Signer/Title

A&L CESSPOOL
38-40 REVIEW AVENUE
LONG ISLAND CITY, NY 11101

ACE ENDICO
80 INTERNATIONAL BLVD
BREWSTER, NY 10509

AIM HOSPITALITY
470 FASHION AVENUE
NEW YORK, NY 10018

ALEX WHYTE & TEMPEST ALSTON
2225 FIFTH AVENUE, 11A
NEW YORK, NY 10037

AMERICAN SECURITY PROTECTION
75 LARKFIELD ROAD
EAST NORTHPORT, NY 11731

AUTO CHLOR
1405 COMMERCE AVENUE
BRONX, NY 10461

AVID WASTE
1330 OAK POINT AVENUE
BRONX, NY 10474

BANK DIRECT CAPITAL FINANCE
150 NORTH FIELD DRIVE
SUITE 190
LAKE FOREST, IL 60045

BENNETT ELECTRIC
33 POLIFLY ROAD
HACKENSACK, NJ 07601

BJSH CONSULTING
217-17 130TH AVENUE
SPRINGFIELD GARDENS, NY 11413

BLUE SHORE
1029 TEANECK ROAD
2ND FLOOR
TEANECK, NJ 07666

BROADWAY PARTY RENTAL
134 MORGAN AVENUE
BROOKLYN, NY 11237


BROOKLYN MARINE
56 DEAN STREET
BROOKLYN, NY 11201


BROPHY BROTHERS
15 HARRISON AVENUE
YONKERS, NY 10705


CHRISTINA O'CONNELL


CINTAS CORP.
PO BOX 630603
CINCINNATI, OH 45263


CIT
21146 NETWORK PLACE
CHICAGO, IL 60673


CITI BUSINESS CARD
P.O. BOX 9001037
LOUISVILLE, KY 40290


CON EDISON
PO BOX 1702
NEW YORK, NY 10116


COURTNEY HENRY
C/O DANIEL LEVY, LLP
3144 EAST TREMONT AVENUE
BRONX, NY 10461


DEREK TAUBER


DNA ILLUMINATIONS
4317 QUEENS STREET
LONG ISLAND CITY, NY 11101

DRISCOLL FOODS
174 DELAWANNA AVE
CLIFTON, NJ 07014


EAGLE BUSINESS MACHINE
2 NORTH SAW MILL ROAD
ELMSFORD, NY 10523


ELIAS BATINJANE
C/O HANNA & PEREZ PC
260 COLUMBIA AVE, STE 20-21
FORT LEE, NJ 07024


EQUANA ASHAYE NICHOLS-WIGGINS
C/O NOVO LAW FIRM PC
299 BROADWAY, 17TH FLOOR
NEW YORK, NY 10007


ERIK CUELLO


FOSTER & FOLEY
255 EXECUTIVE DRIVE
SUITE 307
PLAINVIEW, NY 11803


FRIEDLANDER GROUP INC.
2500 WESTCHESTER AVE
SUITE 400A
PURCHASE, NY 10577


GINA BAUER


GYPSY COW
94 JEWEL STREET, #R
BROOKLYN, NY 11222


INDEPENDENT PEST EXTERMINATION
PO BOX 180175
RICHMOND HILL, NY 11418


INK KEEPERS
P.O. BOX 1759
LONG ISLAND CITY, NY 11101

JAMS
PO BOX 845402
LOS ANGELES, CA 90084


JARROD BRACY
C/O KAFKO SCHNITZER LLP
7 HUGH GRANT CIRCLE
BRONX, NY 10462


JIM WALLICK


JOSEPH & KIRSHENBAUM LLP
32 BROADWAY #601
NEW YORK, NY 10004


LESLIE SEGURA
C/O PECHMAN LAW GROUP PLLC
488 MADISON AVE
NEW YORK, NY 10022


LONDON MEAT CO
56 LITTLE WEST 12TH STREET
NEW YORK, NY 10014


MADELEINE WEINGARTEN
440 E 62ND STREET,10A
NEW YORK, NY 10065


MANUEL PERALTA
117 POST AVENUE
APT 2F
NEW YORK, NY 10034


MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101


MERCHANTS INSURANCE
P.O. BOX 4031
BUFFALO, NY 14240


MICHAEL RUBIN

MITCH & BIANCA BATIS-GELPI


MITEL
28760 NETWORK PLACE
CHICAGO, IL 60673


MONICA SARMIENTO


NUCO2
PO BOX 41790
BOSTON, MA 02241


NYC DEPT. OF PARKS AND REC.
C/O NYC LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007


NYC DEPT. OF PARKS AND REC.
830 5TH AVENUE - THE ARSENAL
ROOM 407
NEW YORK, NY 10065


NYC WATER BOARD
PO BOX 11863
NEWARK, NJ 07101


NYS DEPT. OF TAX AND FIN.
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205


NYSIF
PO BOX 5238
NEW YORK, NY 10008


OUT OF THE BLUE
1271 RYAWA AVENUE
BRONX, NY 10474


PEI SUSHI
1065 67TH STREET, 2B
BROOKLYN, NY 11219

READY FRESH BY NESTLE
PO BOX 856192
LOUISVILLE, KY 40285


RMS INSURANCE
P.O. BOX 1406
SOUTHOLD, NY 11971


RR PLUMBING /ROTO
5672 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SONIA CRUZ
C/O HARMON, LINDER & ROGOWSKY
3 PARK AVENUEM SUITE 2300
NEW YORK, NY 10016


SOUTHERN WINES & SPIRITS
345 UNDERHILL BLVD
SYOSSET, NY 11791


STAPLES ADVANTAGE
DEPT. NY - PO BOX 415256
BOSTON, MA 02241


SUZANNE FROMM
210 RIVERSIDE DR, 4G
NEW YORK, NY 10025


SYSCO
20 THEODORE CONRAD DR.
JERSEY CITY, NJ 07305


TRAVELERS INSURANCE
PO BOX 5600
HARTFORD, CT 06102


TRI STATE PARKING
P.O. BOX 740421
REGO PARK, NY 11374


VERIZON
PO BOX 15124
ALBANY, NY 12212

WASHINGTON HEIGHTS LEARNING
C/O JARED FOX

WHITE PLAINS LINEN
4 JOHN WALSH BLVD.
PEEKSKILL, NY 10566

YANKEE LINEN
63 SECOND AVENUE
PATERSON, NJ 17514

# United States Bankruptcy Court
## Southern District of New York

In re   **MANHATTAN RIVER GROUP, LLC** _____   Case No. _____

_____   Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities* | Kind of Interest |
|---|---|---|---|
| **FM&AC Corp., Inc.** | | **47.38%** | Non-Voting |
| **Jerald Tenenbaum** | | **26.31%** | Voting |
| **Joshua Rosen** | | **26.31%** | Voting |

*As of October 26, 2018

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 20, 2018** _____   Signature _____

Joshua Rosen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **MANHATTAN RIVER GROUP, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MANHATTAN RIVER GROUP, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

FM&AC Corp., Inc. - 47.38% (Non-Voting)

**December 20, 2018**

Date

Brian J. Hufngael

**Brian J. Hufngael**
Signature of Attorney or Litigant
Counsel for   **MANHATTAN RIVER GROUP, LLC**
**Brian J. Hufnagel, Attorney at law**
**357 E. Fulton Street, Long Beach, NY 11561**
**Tel: 917-698-9475**
**hufnagellaw@gmail.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**MANHATTAN RIVER GROUP, LLC,**

               Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 18- _____

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK  )

I, Joshua Rosen, duly sworn, depose and say:

    1.      I am the Managing Member of Manhattan River Group, LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the S.D.N.Y Local Bankruptcy Rule 1007-2 in support of the voluntary petition filed by the Debtor.

    2.      There are no other or prior bankruptcy cases against the Debtor and this petition is being filed as a voluntary Chapter 11 proceeding on December 20, 2018, and as such there has been no trustee or creditors' committee appointed in this case.

    3.      A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

    4.      The Debtor is a New York limited liability company and was organized on June 26, 2007.

    5.      The Debtor operates a seasonal restaurant at the premises located at 348 Dyckman Street, New York, NY 10034 (the "Premises").

6.    The Debtor's immediate need for relief in this Court stems from its serious cashflow difficulties directly resulting from a series of restrictions placed on the Debtor's operations of the Premises, for its permitted use.

7.    Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

8.    Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

9.    Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

10.    The Debtor does not have any publicly held shares, debentures, or other securities.

11.    The City of New York, the owner of the Premises, currently holds two security deposits in the amounts of $12,578.50 and $30,186.00.

12.    The Debtor's assets consist primarily of restaurant food and beverage inventory, furniture, fixtures and equipment. The Debtor's books and records are located at the Licensed Premises.

13.    The Debtor at this time is managed through its Managing Member, Joshua Rosen. The Managing Member does not presently receive a salary.

14.    Aside from the Managing Member, the Debtor currently does not have any employees as the Debtor is currently in its off-season.

15.     The Debtor is currently a party to ten lawsuits or proceedings, a list of which is

annexed hereto as **Exhibit "E"**.

16.     Since the Debtor is currently in its off-season, the Debtor does not expect to

receive any revenue from operations of the business for the thirty (30) day period following the

Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should

be approximately $50,000.00

_____
Joshua Rosen, Managing Member

Sworn to before me this
___ day of December, 2018

NOTARY PUBLIC

LAWRENCE F. MORRISON
Notary Public, State of New York
Registration #02MO6059654
Qualified In New York County
Commission Expires July 28, 2019

**EXHIBIT A**

**CORPORATE RESOLUTION**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**MANHATTAN RIVER GROUP, LLC,**

Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 18-_____ (  )

## <u>CORPORATE RESOLUTION</u>

At the meeting of the Board of Directors of Manhattan River Group, LLC, a New York limited liability company (the "Company"), it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joshua Rosen, Managing Member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Joshua Rosen, Managing Member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Joshua Rosen, Managing Member of the Company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the Company in such bankruptcy case.

Dated: New York, New York
       December ___20___, 2018

By: _____
    Joshua Rosen, Managing Member

**EXHIBIT B**

**20 LARGEST UNSECURED CREDITORS**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MANHATTAN RIVER GROUP, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**December 20, 2018**__         X _____
                                              Signature of individual signing on behalf of debtor

                                              __**Joshua Rosen**__
                                              Printed name

                                              __**Managing Member**__
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MANHATTAN RIVER GROUP, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ace Endico 80 International Blvd Brewster, NY 10509 | | Food & Beverage | Unliquidated | | | $15,643.18 |
| AIM Hospitality 470 Fashion Avenue New York, NY 10018 | | Commission | Unliquidated | | | $13,124.20 |
| Alex Whyte & Tempest Alston 2225 Fifth Avenue, 11A New York, NY 10037 | | Deposit | Unliquidated | | | $22,444.00 |
| Brooklyn Marine 56 Dean Street Brooklyn, NY 11201 | | | Unliquidated | | | $7,200.00 |
| Brophy Brothers 15 Harrison Avenue Yonkers, NY 10705 | | Food & Beverage | Unliquidated | | | $12,425.65 |
| Christina O'Connell | | Deposit | Unliquidated | | | $12,052.50 |
| Con Edison PO Box 1702 New York, NY 10116 | | Electric Utility | Unliquidated | | | $10,861.89 |
| Derek Tauber | | Deposit | Unliquidated | | | $8,000.00 |
| Driscoll Foods 174 Delawanna Ave Clifton, NJ 07014 | | Food & Beverage | Unliquidated | | | $8,954.27 |
| Erik Cuello | | Deposit | Unliquidated | | | $12,412.00 |
| Gina Bauer | | Deposit | Unliquidated | | | $8,371.58 |
| JAMS PO Box 845402 Los Angeles, CA 90084 | | ADR Services | Disputed | | | $20,088.00 |
| Jim Wallick | | Deposit | Unliquidated | | | $14,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **MANHATTAN RIVER GROUP, LLC**
         Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael Rubin** | | **Deposit** | **Unliquidated** | | | **$9,220.00** |
| **Mitch & Bianca Batis-Gelpi** | | **Deposit** | **Unliquidated** | | | **$10,282.00** |
| **NYC Dept. of Parks and Rec.** c/o NYC Law Dept. 100 Church Street New York, NY 10007 | | **Rent Arrears** | **Unliquidated** | | | **$221,676.47** |
| **NYC Water Board** PO Box 11863 Newark, NJ 07101 | | **Water Utility** | **Unliquidated** | | | **$17,939.52** |
| Out of the Blue 1271 Ryawa Avenue Bronx, NY 10474 | | **Food & Beverage** | **Unliquidated** | | | **$16,906.86** |
| **RMS Insurance** P.O. Box 1406 Southold, NY 11971 | | Insurance | **Unliquidated** | | | **$17,019.96** |
| Sysco 20 Theodore Conrad Dr. Jersey City, NJ 07305 | | F&B Debt | **Unliquidated** | | | **$27,751.52** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**EXHIBIT C**

**5 LARGEST SECURED CREDITORS**

None

**EXHIBIT D**

**SUMMARY OF ASSETS AND LIABILITIES**

Approx. Assets:  -$239,195.30

Approx. Liabilities: $284,955.07

**EXHIBIT E**

**LIST OF PENDING LAWSUITS & PROCEEDINGS**

**Manhattan River Group LLC – List of pending lawsuits and proceedings**

1. Manhattan River Group, LLC v. City of New York Dept. of Parks and Recreations, *et al.*
   a. Index No.:  0160704/2018
   b. Location: NYS Supreme Court, County of New York
2. Courtney Henry v. Manhattan River Group, LLC (Disposed)
   a. Index No.: 25421/2018E
   b. Location: Bronx Supreme Court
3. Sonia Cruz v. Manhattan River Group, LLC, *et al*,
   a. Index No. 162200/2015
   b. Location: NYS Supreme Court, County of New York
4. Elias Batinjane v. Manhattan River Group, LLC, *et al*, (Disposed)
   a. Index No. 152031/2016
   b. Location: NYS Supreme Court, County of New York
5. Equana Ashaye Nichols-Wiggins v. Manhattan River Group, LLC,
   a. Index No. 158354/2015
   b. Location: NYS Supreme Court, County of New York
6. Jarrod Bracy v. Manhattan River Group
   a. Index No. 303496/2015
   b. Location: Bronx Supreme Court
7. White Plains Coat & Apron Co., Inc., v. Manhattan River Group, LLC
   a. Index No. CV-009312-18/NY
   b. Location: NYS Civil Court, New York County
8. Joseph & Kirschenbaum LLP v. Manhattan River Group, LLC, *et al.*
   a. Case No: 18cv-10283
   b. Location: US District Court, SDNY
9. Leslie Segura – Potential FLSA Claim

10. Equana Ashaye Nichols-Wiggins v. Jerome Orourke, *et al.*
    a. Index No. 0158354/2015
    b. Location: NYS Supreme Court, County of New York